No. 622. CADY ET AL., DOING BUSINESS AS C. M. CADY
& SONS *v.* DETROIT ET AL.
January 29, 1940. *Per Curiam:*
The appeal is dismissed for want of a substantial federal
question. (1) *Euclid* v. *Ambler,* 272 U. S. 365; *Cusack
Co.* v. *Chicago,* 242 U. S. 526; (2) *Hatch* v. *Reardon,* 204
U. S. 152, 160–161; *Standard Food Co.* v. *Wright,* 225
U. S. 540, 550; *Warehouse Co.* v. *Tobacco Growers,* 276

U. S. 71, 88; (3) *Caperton* v. *Boywer*, 14 Wall. 216, 236–237; *Herndon* v. *Georgia*, 295 U. S. 441, 442–443. *Mr. Edward N. Barnard* for appellants.